```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR S 2:10-0455 JAM |
| | 2:11-0134 JAM |
| Plaintiff, | STIPULATION AND ORDER |
| | SETTING CHANGE OF PLEA HEARING |
| v. | AND EXCLUDING TIME UNDER |
| | THE SPEEDY TRIAL ACT |
| CAESAR RAFAEL TORRES, | |
| Defendant. | |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, and defendant Caesar Rafael Torres, through his counsel of record, Christopher Cosca, Esq., hereby stipulate and agree that the status conference set for April 9, 2013, at 9:45 a.m., be continued and set for a change of plea to April 16, 2013, 2013, at 9:45 a.m.

The exclusion of time is appropriate due to the counsels' need to prepare. 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv); Local Code T4. A continuance is necessary in this case in order to ensure defense counsel has a reasonable amount of time to review the evidence given

1 the limitations imposed by Congress.  It's also necessary to ensure
2 defense counsel's effective preparation, taking into account the
3 exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local
4 Code T4.
5   Therefore, the parties have agreed and respectfully request
6 that the Court set the date of April 16, 2013, at 9:45 a.m., for the
7 status conference.
8   Accordingly, the parties stipulate that time be excluded
9 beginning April 9, 2013, through and including April 16, 2013,
10 pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code T4, United
11 States Code section 3161(h)(7)(B)(iv), to give the defendant time to
12 adequately prepare.
13   The Court finds that the interests of justice served by
14 granting this continuance outweigh the best interests of the public
15 and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

                                            Benjamin B. Wagner
                                            United States Attorney

Dated: April 3, 2013       By: /s/ Michael M. Beckwith
                               MICHAEL M. BECKWITH
                               Assistant U.S. Attorney
                               Attorney for Plaintiff


DATED: April 3, 2013       By: /s/ Christopher Cosca
                               CHRISTOPHER COSCA
                               Attorney for Defendant
                               CAESAR RAFAEL TORRES

2

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for change of plea as set forth above.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).

The Court finds excludable time as set forth above to and including April 16, 2013.

**IT IS SO ORDERED.**

DATED: 4/3/2013                              /s/ John A. Mendez
                                             _____
                                             HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE